SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JAMES M. BURGESS, Cal. Bar No. 151018
R. ANTHONY YOUNG, Cal. Bar No. 202473
1901 Avenue of the Stars, Ste. 1600
Los Angeles, California 90067
Telephone: 310-228-3700
Facsimile: 310-228-3701
E-mail: jburgess@sheppardmullin.com
tyoung@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
TED C. LINDQUIST, III, Cal. Bar No. 178523
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: tlindquist@sheppardmullin.com

Attorneys for Defendant
HOTWIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HOOGENBOOM, individually and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HOTWIRE, INC a Delaware corporation; and Does 1-100 inclusive;<br><br>Defendants. | CASE NO. 06-1210 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING THE CASE**<br><br>[Complaint Filed: January 11, 2006] |

W02-C:\Hotwire adv. Hoogenboom\Stipulation.DOC STIPULATION TEMPORARILY STAYING THIS CASE

Plaintiff CHRISTOPHER HOOGENBOOM ("Plaintiff") and defendant HOTWIRE, INC. ("Defendant"), by and through their respective counsel of record, hereby stipulate to temporarily stay this case as follows:

WHEREAS, Plaintiff's counsel, Damon Lim, has a medical emergency in which he will be undergoing brain surgery and will be unavailable to handle this case at least for the next few months;

WHEREAS, Defendant has a motion to dismiss and motion to strike on file which is scheduled to be heard on April 14, 2006;

WHEREAS, the court has issued an Order Setting Initial Case Management Conference and ADR Deadlines which (a) provides for the last date of June 2, 2006 to (1) meet and confer for Initial Disclosures, Early Settlement/ADR Process Selection and Discovery Plan, and (2) to file a Joint ADR Certification with a Stipulation to ADR Process, and (b) provides for the last date of June 16, 2006 to complete Initial Disclosures and file Case Management Statement and file a Rule 26(f) Report, and (c) sets a Case Management Conference for June 23, 2006 at 1:30 p.m.;

WHEREAS, Plaintiff's counsel needs additional time to recover from his existing condition and does not wish to prejudice his client; and

WHEREAS, Plaintiff and Defendant agree that a temporary stay to mid-May 2006 with a continuance of the existing dates for 3 months will accommodate Plaintiff's counsel, will not prejudice the Plaintiff and is in the interests of justice.

NOW, THEREFORE, the Plaintiff and Defendant hereby stipulate and agree as follows:

1. The case shall be stayed until May 19, 2006, by which time Plaintiff's counsel will either resume his representation, file a substitution of attorney or seek other appropriate relief.

2. The hearing on Defendant's Motion To Dismiss and Motion to Strike shall be continued to June 30, 2006, with the opposition due on June 9, 2006 and the reply brief due on June 16, 2006.

3. All dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are hereby vacated and new dates are set as follows: the parties shall have until September 8, 2006 to (1) meet and confer on the Initial Disclosures, Early Settlement/ADR Process Selection and Discovery Plan, and (2) to file a Joint ADR Certification with Stipulation to ADR Process. The parties shall have until September 22, 2006 to complete Initial Disclosures and file Case Management Statement and file a Rule 26(f) Report. A Case Management Conference is scheduled for October 6, 2006 at 1:30 p.m.

Dated: March 16, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
JAMES M. BURGESS
Attorneys for Defendant
HOTWIRE, INC.

-2-

Dated: March 14, 2006

LAW OFFICES OF DAMON LIM

By /s/ Damon Lim
DAMON LIM
Attorneys for Plaintiff
CHRISTOPHER HOOGENBOOM

## ORDER

For good cause shown, it is hereby ordered that

1. The case is stayed until May 19, 2006, by which time Plaintiff's counsel will either resume representation, file a substitution of attorney or seek other appropriate relief.

2. The hearing on Defendant's Motion To Dismiss and Motion to Strike is continued to June ~~30~~ 16, 2006, with the opposition due ~~June 9~~ May 26, 2006 and the reply brief due ~~June 16~~ June 2, 2006.

3. All dates set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are hereby vacated and new dates are set as follows: the parties shall have until September 8, 2006 to (1) meet and confer on the Initial Disclosures, Early Settlement/ADR Process Selection and Discovery Plan, and (2) to file a Joint ADR Certification with Stipulation to ADR Process. The parties shall have until September 22, 2006 to complete Initial Disclosures and file a Case Management Statement and Rule 26(f) Report. A Case Management Conference is scheduled for October 6, 2006 at 1:30 p.m.

DATED: March 22, ~~2004~~ 2006

Honorable Joseph C. Spero
Magistrate Judge, U.S. District Court

-3-

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On March 15, 2006, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TEMPORARILY STAYING THE CASE** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Damon Lim                                  Attorneys for Plaintiffs
Damon Lim, Attorney at Law
738 Newport Circle
Redwood City, California 94065

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2008(e), a copy of that report is attached to this declaration.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 15, 2006, at Los Angeles, California.

_____
BRENDA J. SMITH

W02-LA:LR5\70925190.1

-1-

PROOF OF SERVICE