**United States District Court**
For the Northern District of California

1
2
3
4                              UNITED STATES DISTRICT COURT
5                           NORTHERN DISTRICT OF CALIFORNIA
6   CHRIS HOOGENBOOM,                          Case No.  06-01210 JCS
7              Plaintiff(s),                   **ORDER DENYING WITHOUT**
                                               **PREJUDICE DEFENDANT'S MOTION**
8       v.                                     **TO DISMISS [Docket No. 7] AND**
                                               **DEFENDANT'S MOTION TO STRIKE**
9   HOTWIRE INC.,                              **[Docket No. 8]**
10             Defendant(s).
    _____/
11

12          On February 22, 2006, Defendant filed a Motion to Dismiss Plaintiff's Complaint, and

13   Motion to Strike Plaintiff's Complaint (the "Motions").

14          IT IS HEREBY ORDERED that the Motions are DENIED without prejudice.

15          IT IS HEREBY FURTHER ORDERED that a telephonic case management conference

16   regarding Plaintiff's substitution of counsel is set for **June 16, 2006, at 1:30 p.m.**  The parties shall

17   submit a letter to the Court by June 9, 2006, with contact phone numbers.  The Court will initiate the

18   phone contact.

19          IT IS SO ORDERED.

20

21   Dated:  June 6, 2006

22                                             _____
                                               JOSEPH C. SPERO
23                                             United States Magistrate Judge

24

25

26

27

28