SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
JAMES M. BURGESS, Cal. Bar No. 151018
R. ANTHONY YOUNG, Cal. Bar No. 202473
1901 Avenue of the Stars, Ste. 1600
Los Angeles, California 90067
Telephone: 310-228-3700
Facsimile: 310-228-3701
E-mail: jburgess@sheppardmullin.com
         tyoung@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
TED C. LINDQUIST, III, Cal. Bar No. 178523
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: tlindquist@sheppardmullin.com

Attorneys for Defendant
HOTWIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS HOOGENBOOM, individually and all others similarly situated<br><br>        Plaintiffs,<br><br>  v.<br><br>HOTWIRE, INC a Delaware corporation; and Does 1-100 inclusive;<br><br>        Defendants. | CASE NO. C 06 1210 JCS<br><br>**SUBSTITUTION OF ATTORNEY** |

W02-WEST:LTY\400050771.1               SUBSTITUTION OF ATTORNEY

Plaintiff Chris Hoogenboom is informed and believes that his attorney of record in this matter, Damon Lim, is physically incapacitated and may be deceased after having been recently diagnosed with brain cancer. As a result, Mr. Hoogenboom hereby substitutes himself in place and instead of Damon Lim as his representative in this matter and hereby proceeds *pro se*.

I consent to this substitution

Dated: August ___, 2006

By _____
CHRIS HOOGENBOOM
Plaintiff

I consent to this substitution

Dated: August 3, 2006

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
JAMES M. BURGESS
Attorneys for Defendant
HOTWIRE, INC.

Dated: August 4, 2006

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

W02-WEST:LTY\400050771.1     SUBSTITUTION OF ATTORNEY