1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JAMES M. BURGESS, Cal. Bar No. 151018
3  R. ANTHONY YOUNG, Cal. Bar No. 202473
   1901 Avenue of the Stars, Ste. 1600
4  Los Angeles, California 90067
   Telephone:   310-228-3700
5  Facsimile:   310-228-3701
   E-mail:      jburgess@sheppardmullin.com
6               tyoung@sheppardmullin.com

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
8    Including Professional Corporations
   TED C. LINDQUIST, III, Cal. Bar No. 178523
9  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
10 Telephone:   415-434-9100
   Facsimile:   415-434-3947
11 E-mail:      tlindquist@sheppardmullin.com

12 Attorneys for Defendant
   HOTWIRE, INC.
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| 17 CHRIS HOOGENBOOM, individually and all others similarly situated | CASE NO. C 06 1210 JCS |
|---|---|
| 18 | |
| 19            Plaintiffs, | STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE AND [~~PROPOSED~~] ORDER THEREON |
| 20     v. | |
| 21 HOTWIRE, INC a Delaware corporation; and Does 1-100 inclusive; | [Complaint Filed: January 11, 2006] |
| 22 | |
| 23            Defendants. | |

W02-C:\Hotwire adv. Hoogenboom\Dismissal.DOC

STIPULATION AND ORDER TO DISMISS THIS ACTION WITHOUT PREJUDICE

1   This Stipulation is entered into by and between all parties in the above-
2   entitled matter with reference to the following:

4   WHEREAS, the Plaintiff's counsel, Damon Lim, was diagnosed with brain
5   cancer after the complaint was filed and the parties are informed that he is no longer able
6   to practice law;

8   WHEREAS, the Plaintiff is not represented by counsel and has been unable
9   to locate counsel willing to take this case;

11   WHEREAS, the Plaintiff cannot prosecute this matter as a class action
12   without being represented by counsel;

14   WHEREAS, the Plaintiff wishes to dismiss this case without prejudice at this
15   time;

17   WHEREAS, the Defendant has not paid any money or provided any other
18   consideration to Plaintiff in exchange for this dismissal;

20   **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT** the above-
21   entitled action shall be dismissed without prejudice.

22   Dated: August 2, 2006          CHRIS HOOGENBOOM, An Individual

                          By  _____
                                  CHRIS HOOGENBOOM
                                          Plaintiff

W02-C:\Hotwire adv.\Hoogenboom\Dismissal.DOC Hoogenboom\Dismissal.DOC    STIPULATION AND ORDER TO DISMISS THIS ACTION WITHOUT PREJUDICE

| | |
|---|---|
| Dated: August 2, 2006 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By /s/ James M. Burgess<br>JAMES M. BURGESS<br><br>Attorneys for Defendant<br>HOTWIRE, INC. |

## ORDER

**FOR GOOD CAUSE SHOWN**, the Court finds that a dismissal without prejudice will not prejudice to the putative class members and is in the interests of justice, and therefore orders that this entire action is hereby dismissed without prejudice.

Dated ___August 3___, 2006   _____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

-1-

W02-C:\Hotwire adv. Hoogenboom\Dismissal.DOC

STIPULATION AND ORDER TO DISMISS THIS ACTION WITHOUT PREJUDICE